# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ruben Eugene Yniguez** DOB: 1977; United States<br>**Jazmine Marie Ratzlaff** DOB: 2000; United States<br>**Jacob Daniel Carmelo Bianco** DOB: 1999; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**21-00193MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about March 31, 2021, in the District of Arizona, **Ruben Eugene Yniguez, Jazmine Marie Ratzlaff**, and **Jacob Daniel Carmelo Bianco**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Gabriel Cruz-Bautista, Apolonio Perez-Rea, and Pedro Fernandez-Lopez, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**COUNT 2 (Felony)** On or about March 31, 2021, in the District of Arizona, **Ruben Eugene Yniguez, Jazmine Marie Ratzlaff**, and **Jacob Daniel Carmelo Bianco**, knowing and in reckless disregard of the fact that certain illegal aliens, including Gabriel Cruz-Bautista, Apolonio Perez-Rea, and Pedro Fernandez-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 31, 2021, in the District of Arizona (Bisbee), a United States Border Patrol Agents (BPA) spotted a group of approximately 20 people south of the U.S. border and requested the assistance of an air asset. A Small Unmanned Aircraft System responded and saw the people cross the U.S. border and loading into a 2006 Chevrolet Silverado pulling a horse trailer on the Border Road. The people got into the horse trailer. The Silverado continued west along the Border Road. The Silverado stopped on the shoulder of Border Road, west of the Bisbee Junction Road. BPA stopped behind the Silverado and horse trailer. The driver **Ruben Eugene Yniguez** was outside of the vehicle looking at the trailer hit of the horse trailer. BPA could see the people in the back of the horse trailer who were dress in camouflage clothing. BPA arrested Yniguez and the two passengers inside the Silverado, **Jazmine Marie Ratzlaff**, and **Jacob Daniel Carmelo Bianco**, all three U.S. Citizens. **Bianco** said he had a handgun on his person, and the BPA found a loaded Glock 24 handgun with approximately 20 rounds in the Magazine. The BPA then discovered 20 undocumented noncitizens in the horse trailer, including one unaccompanied juvenile. Eight people were in the tack locker portion of the trailer. Three adult males were identified Gabriel Cruz-Bautista, Apolonio Perez-Rea, and Pedro Fernandez-Lopez. Records checks revealed that the Silverado was registered to **Ratzlaff**.

Records checks revealed that Cruz-Bautista, Perez-Rea, and Fernandez-Lopez did not have the proper immigration documentation to enter or remain in the U.S. legally. Cruz-Bautista was previously removed from the U.S. on November 7, 2017, Perez-Rea on October 22, 2008, and Fernandez-Lopez on April 19, 2014.
**Continued on back.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone __x__<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 1, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**

In a post-*Miranda* statement, **Ratzlaff** said she was asked by a friend "Dawson" to rent her truck to pull a trailer from Douglas, to Tucson. Dawson was going to pay her $100 USD per hour to use her truck and pick up a couple of horses in Douglas and transport them to a ranch in Tucson. **Ratzlaff** said she was not willing to lend her truck without accompanying the person who was going to rent her truck. **Ratzlaff** met her boyfriend **Bianco** and Dawson at an unknown hotel in Tucson where they hooked up to a horse trailer. **Ratzlaff** said they followed a white Ford Crown Victoria where **Ruben Eugene Yniguez** was a passenger. When they arrived at a gas station in Douglas, **Yniquez** told her he had to drive her truck because he knew where they going to pick up the horses. **Ratzlaff** said she fell as sleep and when she woke up, she saw several individuals dressed in camouflage clothing getting inside the trailer. The individuals were huddled close together in the U.S. north of the U.S. border barrier. They drove towards the South Bisbee Junction Road, the hitch on her truck broke off, **Yniguez** stopped, and they were arrested.

In a post-*Miranda* statement, **Bianco** said his girlfriend **Ratzlaff** had asked him to help transport horses from Douglas to Tucson. **Bianco** said **Ratzlaff** was driving and that they were both going to get paid $100 to transport two horses from Douglas to Tucson. When they arrived at a gas station in Douglas, a bald man he didn't know told them he had to drive the vehicle to a ranch to pick up the horses. **Bianco** fell asleep and then woke up to the sound of grinding and told the driver to stop because it sounded like the trailer was dragging. **Bianco** got out of the vehicle and fixed the trailer but did not see anyone inside the trailer. **Bianco** could tell they were on a road close to the U.S. border because the wall was next to them. When the trailer malfunctioned the second time, he got out along with the driver and the driver was yelling in Spanish at people who were in the back of the trailer. He got back in the vehicle and knew that he was going to be arrested.